IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES BUECHLER, | * |
| *Plaintiff,* | * |
| v. | * Case No.: 1:12-cv-459-RDB |
| FAGER'S ISLAND, LTD. | * |
| and DOES 1-10, inclusive, | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by his undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: July 23, 2012                Respectfully Submitted,

/s/ E. David Hoskins
E. David Hoskins, Bar No.: 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

Request GRANTED This 23rd Day of July, 2012.

DAT                                                rict Judge
Richard D. Bennett
United States District Judge

1